B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Kentucky | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Central Kentucky Millwrights and Riggers, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**75-3196458** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**722 KY Hwy 982 West**<br>**Cynthiana, KY**<br>ZIP Code **41031** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Harrison** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P. O. Box 37**<br>**Cynthiana, KY**<br>ZIP Code **41031** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Central Kentucky Millwrights and Riggers, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)     Page 3

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Central Kentucky Millwrights and Riggers, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X /s/ Jamie L. Harris**
Signature of Attorney for Debtor(s)

**Jamie L. Harris**
Printed Name of Attorney for Debtor(s)

**DelCotto Law Group PLLC**
Firm Name

**200 North Upper Street**
**Lexington, KY 40507-1017**
_____
Address

**(859) 231-5800  Fax: (859) 281-1179**
Telephone Number

**May 13, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Daniel R. Peters**
Signature of Authorized Individual

**Daniel R. Peters**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 13, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re **Central Kentucky Millwrights and Riggers, Inc.**          Case No. _____

Debtor(s)          Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Georgetown/Scott Co Revenue Commission<br>P. O. Box 800<br>Georgetown, KY 40324 | Georgetown/Scott Co Revenue Commission<br>P. O. Box 800<br>Georgetown, KY 40324 | taxes | | 21,388.70 |
| Myer Materials<br>P. O. Box 47366<br>Indianapolis, IN 46247-0366 | Myer Materials<br>P. O. Box 47366<br>Indianapolis, IN 46247-0366 | Trade debt | | 14,256.24 |
| Amteck<br>P. O. Box 55194<br>Lexington, KY 40555-5194 | Amteck<br>P. O. Box 55194<br>Lexington, KY 40555-5194 | Trade debt | | 13,333.68 |
| AGC/SIF<br>P. O. Box 436949<br>Louisville, KY 40253-6949 | AGC/SIF<br>P. O. Box 436949<br>Louisville, KY 40253-6949 | Trade debt | | 11,351.20 |
| Fastenal Company<br>P. O. Box 978<br>Winona, MN 55987-0978 | Fastenal Company<br>P. O. Box 978<br>Winona, MN 55987-0978 | Trade debt | | 9,095.52 |
| A&A Mechanical Service, Inc.<br>7200 Distribution Drive<br>Louisville, KY 40258-2827 | A&A Mechanical Service, Inc.<br>7200 Distribution Drive<br>Louisville, KY 40258-2827 | Trade debt | | 7,029.51 |
| Lowe's<br>P. O. Box 530970<br>Atlanta, GA 30353-0970 | Lowe's<br>P. O. Box 530970<br>Atlanta, GA 30353-0970 | Trade debt | | 6,200.25 |
| Professional Recovery<br>P. O. Box 51187<br>Durham, NC 27717-1187 | Professional Recovery<br>P. O. Box 51187<br>Durham, NC 27717-1187 | Trade debt | | 5,651.00 |
| Crane America Services<br>900 Progress Boulevard<br>New Albany, IN 47150 | Crane America Services<br>900 Progress Boulevard<br>New Albany, IN 47150 | Trade debt | | 5,389.42 |
| Scott-Gross Co.<br>664 Magnolia Avenue<br>Lexington, KY 40505-3789 | Scott-Gross Co.<br>664 Magnolia Avenue<br>Lexington, KY 40505-3789 | Trade debt | | 3,600.00 |
| Hall Industrial Services<br>P. O. Box 1197<br>Georgetown, KY 40324 | Hall Industrial Services<br>P. O. Box 1197<br>Georgetown, KY 40324 | Trade debt | | 3,306.79 |
| Parkway Kwik Mart<br>442 East Mt. Pky<br>Salyersville, KY 41465 | Parkway Kwik Mart<br>442 East Mt. Pky<br>Salyersville, KY 41465 | Trade debt | | 2,500.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Central Kentucky Millwrights and Riggers, Inc.**     Case No. _____
                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A.M.D., Inc.<br>405 Lively Boulevard<br>Elk Grove Village, IL 60007 | A.M.D., Inc.<br>405 Lively Boulevard<br>Elk Grove Village, IL 60007 | Trade debt | | 1,845.00 |
| Novamatics PLLC<br>140 Adams Lane<br>Richmond, KY 40475 | Novamatics PLLC<br>140 Adams Lane<br>Richmond, KY 40475 | Professional services | | 1,750.00 |
| McMaster-Carr<br>P. O. Box 7690<br>Chicago, IL 60680-7690 | McMaster-Carr<br>P. O. Box 7690<br>Chicago, IL 60680-7690 | Trade debt | | 1,630.18 |
| Fister, Williams & Oberlander, PLLC<br>401 Lewis Hargett Circle, Suite 110<br>Lexington, KY 40503 | Fister, Williams & Oberlander, PLLC<br>401 Lewis Hargett Circle, Suite 110<br>Lexington, KY 40503 | Professional services | | 1,424.51 |
| Sterett Crane & Rigging<br>34 Booth Field Road<br>Owensboro, KY 42301 | Sterett Crane & Rigging<br>34 Booth Field Road<br>Owensboro, KY 42301 | Trade debt | | 1,347.28 |
| Ferguson Enterprises<br>P. O. Box 644054<br>Pittsburgh, PA 15264-4054 | Ferguson Enterprises<br>P. O. Box 644054<br>Pittsburgh, PA 15264-4054 | Trade debt | | 1,023.77 |
| Moon Leasing, Inc.<br>2021 Dubourg Avenue<br>Louisville, KY 40216 | Moon Leasing, Inc.<br>2021 Dubourg Avenue<br>Louisville, KY 40216 | Trade debt | | 958.10 |
| A&Z Trucking<br>168 Industry Drive<br>Georgetown, KY 40324 | A&Z Trucking<br>168 Industry Drive<br>Georgetown, KY 40324 | Trade debt | | 600.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 13, 2011**         Signature **/s/ Daniel R. Peters**
                                                                      **Daniel R. Peters**
                                                                      **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Kentucky

In re **Central Kentucky Millwrights and Riggers, Inc.**, Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Daniel R. Peters**<br>**KY Hwy 982**<br>**Cynthiana, KY 41031** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 13, 2011**          Signature **/s/ Daniel R. Peters**
                                         **Daniel R. Peters**
                                         **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Kentucky

In re **Central Kentucky Millwrights and Riggers, Inc.**  
Debtor(s)

Case No. _____  
Chapter **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the President of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of **3** page(s) is true and correct and complete, to the best of my (our) knowledge.

Date: **May 13, 2011**  
/s/ Daniel R. Peters  
**Daniel R. Peters**/**President**  
Signer/Title

I, **Jamie L. Harris**, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **3** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date: **May 13, 2011**  
/s/ Jamie L. Harris  
Signature of Attorney  
**Jamie L. Harris**  
**DelCotto Law Group PLLC**  
**200 North Upper Street**  
**Lexington, KY 40507-1017**  
**(859) 231-5800   Fax: (859) 281-1179**

.

A&A Mechanical Service, Inc.
7200 Distribution Drive
Louisville KY 40258-2827


A&Z Trucking
168 Industry Drive
Georgetown KY 40324


A.M.D., Inc.
405 Lively Boulevard
Elk Grove Village IL 60007


AGC/SIF
P. O. Box 436949
Louisville KY 40253-6949


Amteck
P. O. Box 55194
Lexington KY 40555-5194


BB&T of KY Business Loan Center
P. O. Box 580003
Charlotte NC 28258-0003


Chrysler Financial
P. O. Box 900188
Indianapolis IN 46247


Community Trust Bank
P. O. Box 2947
Pikeville KY 41502


Crane America Services
900 Progress Boulevard
New Albany IN 47150


Division of Unemployment Insurance
Ed. Cabinet - Office of Legal Services
Attn: Amy Howard
500 Mero St, Third Floor
Frankfort KY 40601


Fastenal Company
P. O. Box 978
Winona MN 55987-0978

```
Ferguson Enterprises
P. O. Box 644054
Pittsburgh PA 15264-4054


Financial Credit
P. O. Box 201490
Houston TX 77216-1490


Fister, Williams & Oberlander, PLLC
401 Lewis Hargett Circle, Suite 110
Lexington KY 40503


Georgetown/Scott Co Revenue Commission
P. O. Box 800
Georgetown KY 40324


Hall Industrial Services
P. O. Box 1197
Georgetown KY 40324


Indiana-Kentucky Reg Council-Carpenters
Millwrights Local 1031
1245 Durrett Lane
Louisville KY 40216


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


Kentucky Dept. of Revenue
Legal Branch - Bankruptcy Section
P O Box 5222
Frankfort KY 40602


Key Equipment Finance
P. O. Box 203901
Houston TX 77216


Lowe's
P. O. Box 530970
Atlanta GA 30353-0970


McMaster-Carr
P. O. Box 7690
Chicago IL 60680-7690
```

Moon Leasing, Inc.
2021 Dubourg Avenue
Louisville KY 40216


Myer Materials
P. O. Box 47366
Indianapolis IN 46247-0366


Novamatics PLLC
140 Adams Lane
Richmond KY 40475


Parkway Kwik Mart
442 East Mt. Pky
Salyersville KY 41465


Professional Recovery
P. O. Box 51187
Durham NC 27717-1187


Rose's Parkway Chevron
P. O. Box 1597
Salyersville KY 41465


Scott-Gross Co.
664 Magnolia Avenue
Lexington KY 40505-3789


Sherwin Williams Co.
105 Finley Drive
Georgetown KY 40324


Sterett Crane & Rigging
34 Booth Field Road
Owensboro KY 42301


Wells Fargo Equip Finance NW 5934
P. O. Box 1450
Minneapolis MN 55485-5934